UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                 Case No. 1:13-cr-30

v.                                            HON. JANET T. NEFF

JAMES ALLEN HALL,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant James Allen Hall has filed a motion for modification or reduction of sentence (Dkt 31) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

However, the defendant was found ineligible (Dkt 34) because the mandatory minimum sentence of imprisonment was imposed at sentencing. Defense counsel has filed a response (Dkt 36) to the report of eligibility and wishes to preserve the issue for future consideration should the law change.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 31) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.


DATED: December 16, 2014            /s/ Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge